UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY SIMPSON,

Plaintiffs,

v.

META PLATFORMS, INC., et al.,

Defendants.

Case No. 25-cv-08226-AGT

**AMENDED CASE MANAGEMENT ORDER**

The Court sets the following dates and deadlines, none of which will be modified without Court approval upon a showing of good cause.

| **Event** | **Date/Deadline** |
|---|---|
| Last day to attend ADR[1] | December 15, 2026 |
| Further case management conference | December 18, 2026 |
| Fact discovery cutoff | January 15, 2027 |
| Initial expert witness disclosures | February 5, 2027 |
| Pretrial conference | May 27, 2027 |
| Trial | June 7-17, 2027 |

[1] The parties have agreed to privately mediate this matter, and have scheduled their mediation for November 23, 2026. Dkt. 38 at 3.

Dates for rebuttal expert witness disclosure, expert discovery cutoff, dispositive motions, and pretrial filings (e.g., motions in limine, witness and exhibit lists) will be set following the parties' case management conference in December 2026.

This order disposes of dkt. 38.

**IT IS SO ORDERED.**

Dated: September 29, 2026

Alex G. Tse
United States Magistrate Judge