UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY SIMPSON,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC., et al.,<br>Defendants. | Case No. 25-cv-08226-AGT<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 42 |

The Court has received the parties' discovery letter, dkt. 42, and orders as follows. By December 1, 2026, the parties should meet and confer to fix deadlines governing the various issues raised in their discovery letter: (i) ESI search reports and production; (ii) supplemental RFP responses; (iii) outstanding document production and related privilege logs; and (iv) depositions. Dkt. 42 at 3-4.

If the parties are unable to agree on a discovery schedule after meeting and conferring, the Court will pick dates.

This order disposes of dkt. 42.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Alex G. Tse
United States Magistrate Judge